UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>            Defendants. | 1:15-cv-01293 GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 21, 2015, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the application submitted by Plaintiff is not on the form used by this court.  Plaintiff shall be granted time to submit the appropriate form.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **August 28, 2015**                              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE