UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O K. ACOSTA., et al.,<br><br>        Defendants. | Case No. 1:15-cv-01293-LJO-EPG (PC)<br><br>ORDER DIRECTING PRISON TO MAKE PRISONER AVAILABLE FOR MANDATORY CONFERENCE IN CIVIL RIGHTS ACTION |

The Court has set a mandatory telephonic discovery conference for November 6, 2017 at 1:30 p.m. in the above-titled action. Accordingly, the Court ORDERS as follows:

1. Pelican Bay State Prison shall make Plaintiff, Hector Aleman, for the mandatory telephonic conference at the date indicated above;
2. To the extent possible, defense counsel in this case shall confirm that arrangements have been made for Plaintiff's attendance; and
3. The Clerk is directed to send a copy of this order to the warden and litigation coordinator at Pelican Bay State Prison.

IT IS SO ORDERED.

    Dated:   **June 16, 2017**                    /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE