UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN, | Case No. 1:15-cv-01293-LJO-JDP |
| Plaintiff, | ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE |
| v. | |
| C/O K. ACOSTA, *et al.*, | |
| Defendants. | |

Plaintiff Hector Aleman proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff states in his complaint that defendants beat him while he was handcuffed. (Doc. No. 1, at 5; *see also* Doc. No. 61, at 3.) Neither side has filed a dispositive motion. The court will schedule a telephonic status conference, and the parties should be prepared to discuss the status of this case and whether a settlement conference could help its resolution.

The court will also consider whether recruiting counsel for plaintiff would be appropriate. Plaintiff states that he has a "TABE Score of 3.1"[1] and that he has difficulties understanding "courts requirements." (Doc. No. 27, at 1-2.) If this case proceeds to trial, ensuring fair adjudication may require counsel for plaintiff. In preparation for the telephonic status

---

[1] "The TABE (Tests of Adult Basic Education) scores reflect an inmate's educational achievement level and are expressed in numbers reflecting grade level." *Lindsey v. Davey*, No. 17-cv-956, 2017 WL 5198155, at *7 (C.D. Cal. Sept. 22, 2017) (quoting *In re Roderick*, 154 Cal. App. 4th 242, 253 n.10 (2007)).

1

conference, plaintiff should prepare to discuss with the court reasons why he believes that he will prevail, his litigation experience, and any other information that would help the court assess his ability to represent himself in trial.

**ORDER**

For these reasons,

1. The court will hold a telephonic status conference on Tuesday, August 7, 2018, at 11:00 a.m., before Magistrate Judge Jeremy D. Peterson (dial-in number: 1-888-204-5984; passcode: 444617).
2. Plaintiff must make arrangements with staff at his institution of confinement to ensure his attendance at the telephonic status conference.
3. Plaintiff's institution of confinement must make plaintiff available for the telephonic status conference.
4. Before the hearing, defense counsel must confirm with plaintiff's institution of confinement that plaintiff can attend the telephonic status conference.
5. The Clerk is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated: ___July 18, 2018___  
                                                   UNITED STATES MAGISTRATE JUDGE