# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O K. ACOSTA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01293-LJO-JDP<br><br>ORDER STRIKING NOVEMBER 27, 2018 SETTLEMENT CONFERENCE |

All parties have expressed interest in settling this case, and the court has scheduled a settlement conference. (Doc. No. 75.) Counsel for defendant Acosta states that he cannot attend the settlement conference on the date scheduled by the court. (Doc. No. 76.) The undersigned will direct court staff to consult with magistrate judges' chambers and the parties to determine a new date. A separate order will set a new date for the settlement conference.

**Order**

The November 27, 2018 settlement conference is struck.

IT IS SO ORDERED.

Dated:　September 2, 2018　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE