1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HECTOR ALEMAN,                        Case No. 1:15-cv-01293-LJO-JDP

12              Plaintiff,
                                           ORDER SCHEDULING SETTLEMENT
13        v.                               CONFERENCE

14   C/O K. ACOSTA, *et al*.,

15              Defendants.

16

17        All parties expressed interest in settling this case, and attorney Christian F. Pereira from

18   the Pro Bono Attorney agreed to represent plaintiff Hector Aleman for the limited purpose of

19   assisting him at a settlement conference.  (*See generally* Doc. Nos 74, 75.)  The undersigned

20   scheduled a settlement conference to take place on November 27, 2018, but counsel for defendant

21   K. Acosta has indicated that he will be unavailable on that date.  (*See* Doc. Nos. 76, 77.)

22        Court staff has consulted with counsel for each party and informed the undersigned that

23   counsel have agreed upon a new date: December 11, 2018.  The undersigned will thus schedule a

24   settlement conference to take place on that date.  United States Magistrate Judge Stanley A.

25   Boone will preside over the settlement conference at 10:30 a.m on December 11, 2018 at the

26   United States District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom No. 9.

27   The court will issue an order providing for plaintiff to attend the settlement conference later in the

28   case.  At a later date, the court will also issue a separate order stating what the parties must submit

in advance of the settlement conference.

**Order**

1. The court will hold a settlement conference at 10:30 a.m. on December 11, 2018 at the United States District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom No. 9.

2. United States Magistrate Judge Stanley A. Boone will preside over the settlement conference.

3. A representative from each party must attend in person.[1] The representative must have authority and discretion—at the time of the settlement conference—to negotiate and enter into a binding settlement. Each representative's authority must be sufficient to permit a full exploration of settlement options.

IT IS SO ORDERED.

Dated:    September 19, 2018

UNITED STATES MAGISTRATE JUDGE

---

[1] *See United States v. U.S. Dist. Court for N. Mariana Islands*, 694 F.3d 1051, 1057 (9th Cir. 2012) ("[T]he district court has broad authority to compel participation in [a] mandatory settlement conference.").