# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O K. ACOSTA, *et al.*,<br><br>    Defendants. | Case No.: 1:15-cv-01293-LJO-JDP(PC)<br><br>ORDER REQUIRING SUBMISSIONS<br>BEFORE SETTLEMENT CONFERENCE |

United States Magistrate Judge Stanley A. Boone will preside over the settlement conference at the United States District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom No. 9 on December 11, 2018, at 10:30 a.m. All parties and their representatives must follow the requirements below.

**Order**

1. The court will hold a settlement conference at the United States District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom No. 9, on December 11, 2018, at 10:30 a.m.
2. Each party's representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person. All counsel of record must attend in person.
3. Those in attendance must be prepared to discuss the claims, defenses and damages. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The

1

manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR.

4. Each party shall provide a confidential settlement statement to the following email address: **saborders@caed.uscourts.gov**. Settlement statements shall arrive **no later than one week before the settlement conference**. Parties shall also file a <u>Notice of Submission of Confidential Settlement Statement.</u> (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.
    f. <u>If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s), if applicable.</u>

IT IS SO ORDERED.

Dated: September 24, 2018

_____
UNITED STATES MAGISTRATE JUDGE