# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ALEMAN

           Plaintiff(s)

vs.

C/O K. ACOSTA, et al.

           Defendants.
_____/

No. 1:15-cv-01293-LJO-JDP

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Christian F. Pereira, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 8, 2018, by the Honorable Jeremy D. Peterson, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

In light of the settlement conference currently scheduled in this matter on December 11, 2018, visitation with Mr. Aleman at CSATF is necessary to inform my client about the settlement conference process as well as discuss my client's case in length. Because the conference is approximately one month away, communication via mail will be too slow to cover everything I need to cover with my client before the conference.
I will be traveling via Amtrak from Buena Park, CA to Corcoran, CA on or around November 15, 2018 for at least a 3 hour in-person visit. Therefore, I am requesting the authority to incur costs in the amount of the Amtrak round-trip ticket ($54), plus the Uber/Lyft fare to CSATC and back to the Amtrak station.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 80.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-01293-LJO-JDP

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $54.00 | Amtrak Round-Trip Ticket | |
| | Uber/Lyft from Amtrak Station to CSATF and back | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of November 20 18, at Long Beach, California.

Christian F. Pereira
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 11/28/18

United States District Judge/Magistrate Judge