# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>C/O K. ACOSTA, et al.,<br><br>  Defendants. | Case No. 1:15-cv-01293-LJO-JDP (PC)<br><br>ORDER THAT INMATE HECTOR ALEMAN, CDCR # T-29443 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on December 11, 2018, inmate Hector Aleman CDCR # T-29443, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __December 11, 2018__   _____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE