# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALEMAN, | Case No. 1:15-cv-01293-LJO-JDP |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v | |
| K ACOSTA, et al., | |
| Defendants. | FOURTEEN DAY DEADLINE |

This action was filed on August 21, 2015. On December 11, 2018, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __December 11, 2018__

UNITED STATES MAGISTRATE JUDGE

1