

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Hector Aleman

Plaintiff(s)

vs.

North Kern State Prison

Defendants.

_____/

No. 1:15-cv-01293-LJO-JDP

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Christian F. Pereira, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 8, 2018, by the Honorable Jeremy D. Peterson, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

In order to attend the settlement conference scheduled for December 11, 2018, Plaintiff's counsel requests authority to rent a vehicle, purchase gasoline and pay for parking near the courthouse. The cost for renting a vehicle is cheaper than the GSA mileage reimbursement rate---even considering the car would need to be rented the day before---given the commute time from counsel's residence to Fresno, the start time of the conference and the hours of operation of the rental facility.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 250.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-01293-LJO-JDP

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 80.00 | Transport to prison to visit client. | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of December, 20 18, at Long Beach, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 12/13/18

*[signature]*

United States District Judge/Magistrate Judge